FILED

2014 NOV -6  AM 10: 19

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA

BY _____

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | CASE NUMBER: |
| V. | PLAINTIFF | SA 14-406M - 2 |
| Lauren Schneider | DEFENDANT | REPORT COMMENCING CRIMINAL ACTION |

## TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: _0845 hours / 11/5/14_  ☑ AM  ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:  ☐ Yes  ☑ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):  ☑ Yes  ☐ No

4. Charges under which defendant has been booked:
   _18 USC 472(a) ; 18 USC 1029_

5. Offense charged is a:  ☑ Felony  ☐ Minor Offense  ☐ Petty Offense  ☐ Other Misdemeanor

6. Interpreter Required:  ☑ No  ☐ Yes   Language: _N/A_

7. Year of Birth: _1988_

8. Defendant has retained counsel:  ☑ No
   ☐ Yes   Name: _N/A_   Phone Number: _N/A_

9. Name of Pretrial Services Officer notified: _Stacey Barrios_

10. Remarks (if any): _N/A_

11. Name: _Mark White_   (please print)

12. Office Phone Number: _714-246-8257_   13. Agency: _United States Secret Service_

14. Signature: _____   15. Date: _11/5/14_

---

CR-64 (2/14)          REPORT COMMENCING CRIMINAL ACTION